Opinion filed August 31, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 31, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00125-CV 

                                                    __________

 

                                      STAN FIREBAUGH, Appellant

 

                                                             V.

 

                                SUSANNA
CORPORATION, Appellee

 



 

                                          On
Appeal from the 42nd District Court

 

                                                          Taylor County,
Texas

 

                                                  Trial
Court Cause No. 45981-A

 



 

                                             M
E M O R A N D U M  O
P I N I O N

Stan Firebaugh has filed in this court a motion to
dismiss his appeal.  In his motion,
Firebaugh states that the parties have resolved this case.  The motion is granted.

The appeal is dismissed.

 

August
31, 2006                                                                                   PER
CURIAM

Panel
consists of: Wright, C.J., and

McCall, J., and Strange, J.